UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-41305 |
|---|---|
| SAWARD P TIPTON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 13 | MONEY BACK<br>901 OLMSTEAD DR<br>APT 64<br>HINESVILLE, GA  31313 | 14.89 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

|  |  |  |
|---|---|---|
| | Certificate of Service | 05-41305 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| SAWARD P TIPTON | DARYL R DOUPLE | (37.1n) |
|---|---|---|
| 111 GRAND VALLEY DRIVE | 130 W 2ND ST | ATTY GENERAL STATE OF OHIO |
| ENON, OH  45323 | SUITE 1900 | % REBECCA DAUM |
| | DAYTON, OH  45402 | 30 E BROAD ST 23RD FL |
| | | COLUMBUS, OH  43215 |
| (38.1n) | (40.1n) | (39.1n) |
| CHECK EXCHANGE INC | ECAST SETTLEMENT CORPORATION | LVNV FUNDING LLC |
| 644 N BROADWAY | BOX 35480 | % RESURGENT CAPITAL SERVICES |
| LEXINGTON, KY  40508 | NEWARK, NJ  07193 | BOX 10587 |
| | | GREENVILLE, SC  29603 |
| (13.1) | (41.1n) | |
| MONEY BACK | TARGET NATIONAL BANK | |
| 901 OLMSTEAD DR | % WEINSTEIN AND RILEY | |
| APT 64 | 2001 WESTERN AVENUE STE 400 | |
| HINESVILLE, GA  31313 | SEATTLE, WA  98121 | |

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    cs